IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BARRY L. MOTES, JR., #243680, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:19-cv-372-TFM-B |
| TREY OLIVER, III, *et al.*, | : | |
| Defendants. | : | |

## MEMORANDUM OPINION AND ORDER

On July 16, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 4) to which no objections have been filed. Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issue raised, it is **ORDERED** that the Report and Recommendation is **ADOPTED**. Plaintiff's action is **DISMISSED without prejudice** prior to service of process, as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 29th day of August, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE